**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE OWEN DUSTIN, | Case No. 1:19-cv-00989-LJO-SAB (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE OR TO SUBMIT AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| KERN VALLEY STATE PRISON PERSONNEL, | |
| Defendant. | (ECF No. 7) |
| | **THIRTY (30) DAY DEADLINE** |

Plaintiff Dale Owen Dustin is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 26, 2019, Plaintiff initiated the instant action in the United States District Court for the Northern District of California. (ECF No. 1.) On July 17, 2019, the instant action was transferred to this Court. (ECF No. 4.) On July 22, 2019, the Court ordered Plaintiff to either submit an application to proceed *in forma pauperis*, or, in the alternative, pay the $400.00 filing fee for this action, within forty-five days of the date of service of the order. (ECF No. 7.)

However, the deadline for Plaintiff to comply with the Court's July 22, 2019 order has passed, and Plaintiff has not submitted an application to proceed *in forma pauperis*, paid the $400.00 filing fee, or otherwise responded in any way to the Court's order.

1

1  Local Rule 110 provides that "[f]ailure of … a party to comply … with any order of the

2  Court may be grounds for imposition by the Court of any and all sanctions authorized by statute

3  or Rule or within the inherent power of the Court."  Further, a plaintiff's failure to comply with

4  court orders and prosecute their action is grounds for dismissal.  In re Phenylpropanolamine

5  (PPA) Products Liability Litigation, 460 F.3d 1217, 1226-29 (9th Cir. 2006).

6       Accordingly, the Court HEREBY ORDERS that:

7  1.   Within **thirty (30) days** from the date of service of this order, Plaintiff shall

8      EITHER:

9       a.  Submit an application to proceed in forma pauperis; OR

10       b.  Pay the $400.00 filing fee for this action; OR

11       c.  Show cause in writing why this action should not be dismissed for failure to

12        comply with the Court's July 22, 2019 order;

13  2.   The Clerk of the Court shall send Plaintiff a blank application to proceed in forma

14      pauperis by a prisoner; and

15  3.   Plaintiff is warned that failure to comply with this order will result in a

16      recommendation to the District Judge that the instant action be dismissed for

17      failure to obey a court order and failure to prosecute.

18

19  IT IS SO ORDERED.

20  Dated:  **September 16, 2019**

                                   UNITED STATES MAGISTRATE JUDGE